

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00240-CR

Mario Jesus **RAMIREZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10323
Honorable Ron Rangel, Judge Presiding

# O R D E R

The reporter's record was originally due on June 12, 2015. Court reporter Amy Hinds Alvarado filed a notification of late reporter's record, requesting additional time to file the record. We granted her request and ordered her to file the reporter's record by July 24, 2015. The reporter's record, however, has not been filed. We ORDER Amy Hinds Alvarado to file the reporter's record no later than **September 4, 2015**. If the reporter's record is not received by such date, an order may be issued directing Amy Hinds Alvarado to appear and show cause why she should not be held in contempt for failing to file the record.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court